**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARA ROYCE; SARAH CLARK; TIFFANY BROWN; and KRISTI CARAWAY,<br><br>Plaintiffs,<br><br>v.<br><br>TOMÁS ARAGÓN, in his official capacity as the State Public Health Officer,<br><br>Defendant. | Case No.: 3:23-cv-02012-H-BLM<br><br>**ORDER REQUESTING PARTIES BE PREPARED TO ADDRESS SECOND CIRCUIT CASE AT HEARING** |

On December 20, 2024, Plaintiffs Sara Royce, Sarah Clark, Tiffany Brown, and Kristi Caraway filed a Third Amended Complaint ("TAC") against Defendant Tomás Aragón. (Doc. No. 48.) On January 10, 2025, Defendant Aragón filed a motion to dismiss the TAC. (Doc. No. 50.) A hearing on Defendant's motion is currently set for March 10, 2025, at 1:30 p.m. (Doc. No. 56.)

On March 3, 2025, the Second Circuit issued a decision in the case <u>Miller v. McDonald</u>, __ F. 4th __, 2025 WL 665102 (2d Cir. 2025), involving a free exercise challenge to a school immunization law. The Court requests that the parties be prepared

1  to discuss <u>Miller v. McDonald</u> at the hearing scheduled for March 10, 2025.

3  **IT IS SO ORDERED.**

4  DATED: March 5, 2025

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT